08 CV 6824

JUDGE CHIN

JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
(212) 687-3000
Attorneys for Plaintiff
Gregory E. Galterio (GEG-0787)
Mark P. Monack (MPM-0187)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GREGORY WELTEROTH ADVERTISING, INC.,

                Plaintiff,

      -against-

MODERN LUXURY MEDIA LLC,

                Defendant.
-------------------------------------------------------------------X

Case No.

PLAINTIFF'S
RULE 7.1 STATEMENT

RECEIVED JUL 30 2008 U.S.D.C. S.D.N.Y. CASHIERS

M A D A M S / S I R S :

      Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff GREGORY WELTEROTH ADVERTISING, INC. states that it has no parent corporation and no public corporation owns 10% or more of its stock. Plaintiff is a privately owned corporation organized under the laws of the State of Pennsylvania.

Dated: New York, New York
       July 30, 2008

JAFFE & ASHER LLP

By: _____
   Gregory E. Galterio (GEG-0787)
   Mark P. Monack (MM-0187)
600 Third Avenue, Ninth Floor
New York, New York 10016
(212) 687-3000
Attorneys For Plaintiff