United States District Court
Southern District of New York

---

Gregory Welteroth Advertising, Inc.,

                              Plaintiff(s)

-against-

Modern Luxury Media, LLC,

                              Defendant(s)

**AFFIDAVIT OF SERVICE**
Case No. 08 CV 6824

---

State of New York )
County of Albany ) ss:

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on August 1, 2008 at approximately 10:00 AM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law, Summons in a Civil Action and Complaint with Exhibit A, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Judge Denny Chin dated July 24, 2006, Individual Practices of Judge Francis dated October 10, 2007 and Electronic Case Filing Rules & Instructions dated May 28, 2008 Edition, that the party served was Modern Luxury Media LLC, a foreign limited liability company, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of 5'0" - 5'3", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                    *Mary M. Bonville*
                                                    Mary M. Bonville

Sworn to before me this 1st day of August, 2008

*Ruth A. Dennehey*
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010