**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREGORY WELTEROTH ADVERTISING, INC.,

        Plaintiff,

  -against-

MODERN LUXURY MEDIA LLC,

        Defendant.
------------------------------------------------------------X

No. 08 CV 6824 (DC)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff GREGORY WELTEROTH ADVERTISING, INC. and Defendant MODERN LUXURY MEDIA LLC ("Modern Luxury"), through their respective undersigned counsel, that the time for defendant Modern Luxury to answer or otherwise moves with respect to the Complaint in this action, be and the same hereby is extended to and including the 22nd day of September, 2008.

Dated: New York, New York
       August 20, 2008

JAFFE & ASHER LLP

By: _____
Mark P. Monack (MPM-0187)
600 Third Avenue, Ninth Floor
New York, New York 10016-1901
(212) 687-3000
Attorneys for Plaintiff Gregory
Welteroth Advertising, Inc.

FRANKFURT KURNIT KLEIN & SELZ, PC

By: _____
Brian E. Maas, Esq.
88 Madison Avenue
New York, New York 10022
(212) 705-4836
Attorneys for Defendant Modern Luxury
Media LLC

SO ORDERED:

_____
HON. DENNY CHIN, U.S.D.J.

8/25/08